IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS, JR.<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF RICHMOND POLICE CHIEF, et al.<br><br>    Defendant(s). | No. CV 07-2472 MJJ (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED. Judgment is entered in favor of Defendants and against Plaintiff.

Dated: August 30, 2007                              Richard W. Wieking, Clerk

                                                            By: Edward Butler<br>                                                                Deputy Clerk